UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KELLY TODD WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24–CV–48 |
| | ) |
| USDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated May 30, 2024. [Doc. 8]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Complaint [Doc. 2] be dismissed. [Doc. 8, at 6]. The Magistrate Judge recommends that Plaintiff's claim under the Fair and Accurate Credit Transaction Act be dismissed with prejudice because no private right of action is available to Plaintiff and that all other claims be dismissed without prejudice. [*Id.*]. Plaintiff has not objected to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72. After careful consideration of both the record and the Report and Recommendation, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 8] is **ADOPTED** and **APPROVED**, and the Plaintiff's Complaint [Doc. 2] is **DISMISSED**. Specifically, Plaintiff's claim under the Fair and Accurate Credit Transaction Act is **DISMISSED WITH PREJUDICE**, and all other claims are **DISMISSED WITHOUT PREJUDICE**. An appropriate judgment shall enter.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE